UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Magistrate Court
DSQ-SDTX
FILED
AUG 2 4 2012   CD
David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

                Plaintiff

v.

Case No. 5:12-PO-07904
Magistrate Judge Diana Song Quiroga

Jose Rodriguez
TN: Jose Angel Gutierrez Castillo

                Defendant

## JUDGMENT

On **August 24, 2012,** the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering and attempting to enter into the United States at a place other than as designated by the Immigration officers, in violation of 8 U.S.C. §1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 50 days confinement, with a special condition not to return to the U.S. illegally or commit any other violation of federal and/or state laws.

**A $10.00 special assessment is imposed.**

DONE at Laredo, Texas, on **August 24, 2012.**

                                                **DIANA SONG QUIROGA**
                                                **UNITED STATES MAGISTRATE JUDGE**